KENJI M. PRICE #10523
United States Attorney
District of Hawaii

ESTEFANIA D. BAIRD
Special Assistant U.S. Attorney
PJKK Federal Bldg., Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: estefania.baird@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> vs. </br></br> RICO J. JOHNSON, </br></br> Defendant. | NO. PO18-00117 KSC </br></br> INFORMATION </br> 18 U.S.C. § 13; </br> H.R.S. § 291E-61(a)(1), </br> H.R.S. §§ 286-132, 286-136 </br> Citation Nos.: 7527514/H-18 </br> 7527515/H-18 </br> A & P Date: MAY 22 2018 |

INFORMATION

COUNT 1
[18 U.S.C. 13; H.R.S. § 291E-61(a)(1)]
(Impaired driving)
(Citation No. 7527514/H-18)

The United States Attorney charges that:

On or about March 18, 2018, on Helemano Military Reservation, Hawaii, a place within the special maritime and territorial jurisdiction of the United States, in the District of Hawaii, RICO J. JOHNSON, defendant herein, unlawfully operated or assumed actual physical control of the operation of

a vehicle upon a public street, road, or highway while under the influence of alcohol in an amount sufficient to impair normal mental faculties or ability to care for oneself or guard against casualty.

All in violation of Hawaii Revised Statute 291E-61(a)(1), a federal offense pursuant to Title 18, United States Code, Section 13.

COUNT 2
[18 U.S.C. 13; H.R.S. §§ 286-132, 286-136]
(Citation No. 7527515/H-18)
(Driving w/suspended license)

The United States Attorney further charges that:

On or about March 18, 2018, on Helemano Military Reservation, Hawaii, a place within the special maritime and territorial jurisdiction of the United States, in the District of Hawaii, RICO J. JOHNSON, defendant herein, unlawfully operated a motor vehicle upon a public street, road, or highway with a canceled, suspended, or revoked driver's license.

//
//
//
//
//
//
//
//
//
//

All in violation of Hawaii Revised Statutes 286-132 and 286-136, a federal offense pursuant to Title 18 United States Code, Section 13.

DATED: APR 27 2018 Honolulu, Hawaii.

KENJI M. PRICE
United States Attorney
District of Hawaii

By *(signed)* E.A. Baird
ESTEFANIA D. BAIRD
Special Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

U.S. vs. RICO J. JOHNSON
NO.
Citation Nos.: 7527514/H-18
7527515/H-18
"INFORMATION"

3